| | | |
|---|---|---|
| 1 | David M. Rose | Honorable Lonny R. Suko |
| 2 | Minnick-Hayner<br>P.O. Box 1757 | |
| 3 | Walla Walla, WA 99362<br>(509) 527-3500 | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| SYLVIA CONDE d/b/a LA CALANDRIA TORTILLERIA,<br><br>Plaintiff,<br><br>vs.<br><br>QUEZADA BROS., a business entity, EMELIO QUEZADA, JOEL QUEZADA, JESUS NAVARRETTE, EL JAZMIN DISTRIBUTOR, a business entity,<br><br>Defendants. | No. CV-06-171-LRS<br><br><br>ORDER RE PRELIMINARY INJUNCTION AGAINST DEFENDANTS |

The Motion for Temporary Restraining Order came on for hearing on June 15, 2006. The Court having reviewed the papers and good cause appearing therefor issued a Temporary Restraining Order. The Court set a hearing on the application for a preliminary injunction for July 6, 2006.

The Court having reviewed all papers filed in support of the Motion for the TRO and Preliminary Injunction, as well as any papers filed in

ORDER RE PRELIMINARY INJUNCTION
AGAINST DEFENDANTS - Page 1

opposition to the Motion, and having heard oral argument on the matter from counsel for both parties, the Court finds that Plaintiff has a probability of success on the merits and will suffer irreparable injury to its trademark and trade name "La Calandria" and issues this Order as follows:

IT IS HEREBY ORDERED that pending the outcome of this proceeding or subject to further Order of this Court, Defendants QUEZADA BROS., a business entity, EMELIO QUEZADA, JOEL QUEZADA, EL JAZMIN DISTRIBUTOR, a business entity, ("hereinafter "Defendants"), their agents, corporate officers, directors, employees, contractors, successors, subsidiaries, designees, and affiliates, shall be, and hereby are, restrained and enjoined from directly or indirectly promoting, advertising, publicizing in media, marketing, and selling tortilla products under the name "Las Calandrias," or any other name or mark incorporating the name "La Calandria," anywhere in the States of Washington and Oregon. Defendants are to take all reasonable measures to remove any product bearing the name "Las Calandrias" from any market or distributor to which Defendants have sold tortilla products and to notify their customers that no product bearing the name "Las Calandrias" shall be sold or offered for sale in the State of Washington or Oregon.

This present Order Re Preliminary Injunction is effective upon filing with the Court as Plaintiff is not required to post an undertaking

ORDER RE PRELIMINARY INJUNCTION
AGAINST DEFENDANTS - Page 2

**Minnick • Hayner**
P.O. Box 1757
Walla Walla, WA 99362
(509) 527-3500

1 based upon the agreement of the parties that no bond is necessary in this

2 action.

3     IT IS SO ORDERED.

4     DATED June 28th, 2006.

5

6                                     s/Lonny R. Suko

7                                  UNITED STATES DISTRICT JUDGE

8 Presented by:

9

10 MINNICK-HAYNER

11

12 By: /s/ David M. Rose

David M. Rose, WSBA# 32849

13 P.O. Box 1757

14 249 W. Alder
Walla Walla, WA 99362

15 (509) 527-3500

Email: dmresq2000@hotmail.com

16 Of Attorneys for Plaintiff

17

18 Approved by:

19

20 By /s/ Steven H. Sackmann

21 Steven H. Sackmann, WSBA# 618

P.O. Box 409

22 Othello, WA 99344-0409

23 (509) 488-5636

Email: steve@sackmannlaw.com

24 Of Attorneys for Defendants

25 ORDER RE PRELIMINARY INJUNCTION
AGAINST DEFENDANTS - Page 3