UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SYLVIA CONDE d/b/a LA CALANDRIA TORTILLERIA, | ) )   NO.  CV-06-171-LRS |
| Plaintiff, | ) )   **ORDER OF DISMISSAL** |
| -vs- | ) |
| QUEZADA BROS., a business entity, EMELIO QUEZADA, JOEL QUEZADA, JESUS NAVARRETTE, EL JAZMIN DISTRIBUTOR, a business entity, | ) ) ) ) ) |
| Defendants. | ) ) |

On November 2, 2006, the parties in the above entitled matter filed a Stipulated Motion For Dismissal Without Prejudice, indicating that this action may be dismissed without prejudice and without costs. Ct. Rec. 16. Pursuant to Fed. R. Civil Procedure 41(a)(1)(ii), an action may be dismissed without order of court by the filing of a stipulation of dismissal signed by all parties. However, because the stipulation filed herein contemplates the filing of a further order, the Court hereby ORDERS this case be **DISMISSED WITHOUT PREJUDICE** and without costs to any of the parties. Accordingly, the Clerk of the Court is hereby DIRECTED to **close this file**.

ORDER - 1

1   **IT IS SO ORDERED.**  The Clerk of the Court shall forward copies of
2   this order to counsel for plaintiff and to counsel for defendant.
3   **DATED** this 6th day of November, 2006.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 2